UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : <br> : <br> : |
| Plaintiff, | : CIVIL ACTION NO. <br> : 3:13-cv-00132--JCH <br> : |
| v. | : <br> : |
| JESSE C. LITVAK, | : <br> : |
| Defendant. | : JUNE 25, 2013 <br> : |

## MOTION TO WITHDRAW APPEARANCE OF ERIC LUBOCHINSKI

Pursuant to Local Rule of Civil Procedure 7(e), the undersigned counsel of record for defendant Jesse C. Litvak hereby respectfully moves to withdraw his Appearance herein on the grounds that the undersigned is no longer affiliated with Shipman & Goodwin LLP, the firm representing the defendant.

Other counsel of Shipman & Goodwin LLP and DLA Piper, LLP for the defendant have duly appeared and remain as counsel for the defendant herein, in the place and stead of the undersigned.

Respectfully submitted,

By: /s/ Eric Lubochinski
Eric Lubochinski (ct25842)

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2013 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Eric Lubochinski
Eric Lubochinski (ct25842)

2868041v1