# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | No. 3:13CV132 (JCH) |
| v. | January 21, 2014 |
| JESSE C. LITVAK | |

## MOTION TO WITHDRAW APPEARANCE OF LUIS R. MEJIA

Pursuant to Local Rule of Civil Procedure 7(e), the undersigned counsel of record for defendant Jesse C. Litvak hereby respectfully moves to withdraw his Appearance herein on the grounds that the undersigned is no longer affiliated with DLA Piper, LLP, the firm representing the defendant.

Other counsel of Shipman & Goodwin LLP and DLA Piper, LLP for the defendant have duly appeared and remain as counsel for the defendant herein, in the place and stead of the undersigned.

Respectfully submitted,

By: /s/ Luis R. Mejia
Luis R. Mejia (admitted *pro hac vice*)

2

**CERTIFICATE OF SERVICE**

   I hereby certify that on January 21, 2014 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                  /s/  Ross H. Garber
                  Ross H. Garber (ct17689)