UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>v.<br><br>JESSE C. LITVAK,<br><br>        Defendant | Civil Action No. 3:13-cv-00132-JCH |

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S RESPONSE
TO DEFENDANT'S MOTION FOR A CONTINUED STAY**

Plaintiff Securities and Exchange Commission ("SEC" or "Commission") hereby responds to the motion filed by defendant Jesse C. Litvak ("Litvak") seeking to continue the stay in the above-captioned case. The SEC's position on the stay was set out at the telephonic hearing held on October 15, 2014: it is the Commission's practice to oppose the continued imposition of stays in situations like this one.

        /s/ Rachel E. Hershfang
        Rachel E. Hershfang (Mass. Bar No. 631898,
         CT phv05878)
        Kerry Dakin (Mass. Bar No. 640826)
        33 Arch Street, 23rd Floor
        Boston, Massachusetts 02110
        Telephone: (617) 573-8987 (Hershfang direct)
        Facsimile: (617) 573-4590
        E-mail: HershfangR@sec.gov

        Attorneys for Plaintiff
        U.S. SECURITIES AND EXCHANGE
        COMMISSION

Dated: November 13, 2014

CERTIFICATE OF SERVICE

      I hereby certify that on November 13, 2014, I served the Commission's Response to Defendant's Motion for a Continued Stay, on the parties of record via the CM/ECF system and by electronic mail to all parties.

      /s/ Rachel E. Hershfang
      Rachel E. Hershfang (Mass. Bar No. 631898, CT phv05878)