UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| | ) | |
| SECURITIES AND EXCHANGE COMMISSION, | ) ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:13-cv-00132-JCH |
| | ) | |
| v. | ) | |
| | ) | |
| JESSE C. LITVAK, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S
<u>MOTION TO DISMISS</u>**

Plaintiff Securities and Exchange Commission ("SEC" or "Commission") hereby seeks

action of the Court to dismiss this matter, filed in 2013 against defendant Jesse C. Litvak

("Litvak").  In support of its motion, the SEC states that the case has been administratively

closed since December 12, 2014, and that the parties agree that dismissal is appropriate.

/s/ Rachel E. Hershfang
Rachel E. Hershfang (Mass. Bar No. 631898,
 CT phv05878)
Kerry Dakin (Mass. Bar No. 640826)
33 Arch Street, 23rd Floor
Boston, Massachusetts  02110
Telephone:  (617) 573-8987 (Hershfang direct)
Facsimile:   (617) 573-4590
E-mail:  HershfangR@sec.gov

Attorneys for Plaintiff
U.S. SECURITIES AND EXCHANGE
COMMISSION

Dated:  November 9, 2018

CERTIFICATE OF SERVICE

     I hereby certify that on November 9, 2018, I served the Plaintiff Securities and Exchange Commission's Motion to Dismiss on the parties of record via the CM/ECF system and by electronic mail to all parties.


                                   /s/ Rachel E. Hershfang
                                   Rachel E. Hershfang (Mass. Bar No. 631898, CT phv05878)